IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

VS.                                                          CRIMINAL ACTION NO.: 1:18-cr-133-SA-DAS

DEVORRIS HILL                                                                        DEFENDANT

## ORDER GRANTING
## MOTION TO CONTINUE PRELIMINARY REVOCATION HEARING

This matter is before the court on Defendant's Motion to Continue the Preliminary Revocation Hearing set for July 22, 2024, at 11:00 a.m., by video conference. Defendant's Motion to Continue being unopposed, the Court finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Preliminary Revocation Hearing should be continued to Tuesday, July 23, 2024, at 2:00 p.m., in Courtroom 2, Greenville, Mississippi, before United States Magistrate Judge Jane M. Virden.

**SO ORDERED**, this the 22nd day of July, 2024

_____
UNITED STATES MAGISTRATE JUDGE